IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>    Plaintiff,<br><br>v.<br><br>PRO-SOURCE PERFORMANCE PRODUCTS, INC.,<br><br>    Defendant. | Case No. 1:22-CV-00122-SPB |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Robert Jahoda hereby voluntarily dismisses with prejudice his claims against Defendant Pro-Source Performance Products, Inc.

Dated: May 17, 2023

Respectfully submitted,

/s/ R. Bruce Carlson
R. Bruce Carlson
Ian M. Brown
CARLSON BROWN
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
ibrown@carlsonbrownlaw.com
(724) 730-1753

Nicholas A. Colella
James M. LaMarca
LYNCH CARPENTER LLP
1133 Penn Avenue Floor 5
Pittsburgh, PA 15222
(412) 322-9243
nickc@lcllp.com
james@lcllp.com

*Counsel for Plaintiff*